BEVERIDGE v. BI-LO, INC.

No. 82P97

Case below: 125 N.C.App. 214

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

CREECH v. MELNIK

No. 539A96

Case below: 124 N.C.App. 502

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 May 1997.

DARDEN v. SOULES

No. 554P96

Case below: 124 N.C.App. 666

Petition by Soules, Poland, Irby & It's Prime, in their respective capacities as plaintiffs and defendants, for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

EVANS v. YOUNG-HINKLE CORP.

No. 439P96

Case below: 123 N.C.App. 693

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

HARRELL v. DARDEN

No. 555P96

Case below: 124 N.C.App. 666

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.